# In the United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10277

_____

INSURANCE MARKETING COALITION LIMITED,

                                                                Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

                                                                Respondents.

_____

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. CG-02-278 / CG-17-59 / CG-21-402

_____

Before JORDAN, BRANCH, and LAGOA, Circuit Judges.

| | | |
|---|---|---|
| 2 | Order of the Court | 24-10277 |

BY THE COURT:

The motions of the Petitioner and the Respondent to file unredacted copies of their filings under seal is GRANTED.

The Petitioner's motion to stay the Respondent's Second Report and Order is DENIED. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).