# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10277

_____

INSURANCE MARKETING COALITION LIMITED,

                                                                    Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

                                                                   Respondents.

_____

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. CG-02-278 / CG-17-59 / CG-21-402

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 24, 2025

For the Court: DAVID J. SMITH, Clerk of Court