No. 24-10277

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

INSURANCE MARKETING COALITION LTD.
*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA,
*Respondents*.

On Petition for Review of an Order of
the Federal Communications Commission

## NOTICE OF PROPOSED INTERVENORS' PROPOSED
## PETITION FOR REHEARING EN BANC

Jennifer S. Wagner
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
jwagner@nclc.org

*Counsel for National Consumers League*

Leah M. Nicholls
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
LNicholls@publicjustice.net

*Counsel for Proposed Intervenors*

Attached to this Notice is Proposed Intervenors' proposed petition for rehearing en banc.

On February 19, 2025, Proposed Intervenors National Consumers League, Mark Schwanbeck, Micah Mobley, Christopher K. McNally, and Chuck Osborne moved to intervene to seek rehearing of the Court's January 24, 2025, decision vacating a Federal Communications Commission regulatory order. ECF 63. Petitioner opposed the motion to intervene, ECF 66, and that motion is now fully briefed and pending before this Court. ECF 67.

Consistent with the deadline for filing a petition for rehearing en banc under Federal Rule of Appellate Procedure 40(d)(1)(A) and (B), Proposed Intervenors submit the attached proposed petition for rehearing en banc and request that the Court take notice thereof. Upon this Court's grant of their motion to intervene, Proposed Intervenors will promptly file the attached with the Court.

| | |
|---|---|
| March 10, 2025 | Respectfully Submitted, |
| | */s/ Leah M. Nicholls* |
| | Leah M. Nicholls |
| | PUBLIC JUSTICE |
| | 1620 L Street NW, Suite 630 |
| | Washington, DC 20036 |
| | (202) 797-8600 |
| | LNicholls@publicjustice.net |
| | *Counsel for Proposed Intervenors* |
| | Jennifer S. Wagner |
| | NATIONAL CONSUMER LAW CENTER |
| | 7 Winthrop Square, 4th Floor |
| | Boston, MA 02110 |
| | (617) 542-8010 |
| | jwagner@nclc.org |
| | *Counsel for National Consumers League* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, the foregoing notice was filed electronically with the Clerk of Court through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

March 10, 2025                    */s/ Leah M. Nicholls*
                                  Leah M. Nicholls

                                  *Counsel for Proposed Intervenors*