# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10277

_____

INSURANCE MARKETING COALITION LIMITED,

                                                                            Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

                                                                            Respondents.

_____

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. CG-02-278 / CG-17-59 / CG-21-402

_____

ORDER:

| 2 | Order of the Court | 24-10277 |

Respondents are hereby DIRECTED to respond to the motion to intervene filed by the National Consumers League, Mark Schwanbeck, Micah Mobley, Christopher K. McNally, and Chuck Osborne. The response is due on Friday, April 4, 2025.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION