In the

# United States Court of Appeals

For the Eleventh Circuit

____________________

No. 24-10277

____________________

INSURANCE MARKETING COALITION LIMITED,

Petitioner,

*versus*

FEDERAL COMMUNICATIONS COMMISSION,
UNITED STATES OF AMERICA,

Respondents.

____________________

Petition for Review of a Decision of the
Federal Communications Commission
Agency No. CG-02-278 / CG-17-59 / CG-21-402

____________________

JUDGMENT

ISSUED AS MANDATE 4/30/2025

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 24, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 4/30/2025